# Sealed Exhibit

Concurrent with the Complaint, Plaintiff seeks leave to file this exhibit under seal.