**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRADEMARK HOLDER IDENTIFIED IN EXHIBIT 1 HERETO, | |
| Plaintiff, | Case No.: 20-cv-04559 |
| v. | District Judge Robert M. Dow, Jr |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | Magistrate Judge Honorable Beth W. Jantz |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to the following Defendant(s) in Schedule A (D.I. 5-5). The parties shall bear their own attorney's fees and costs.

| No. | Vendor Name | Store/ Seller Page |
|---|---|---|
| 6 | globalking888 | https://www.ebay.com/usr/globalking888 |
| 7 | globaltrustshop888 | https://www.ebay.com/usr/globaltrustshop888 |
| 8 | medeshoponline | https://www.ebay.com/usr/medeshoponline |
| 9 | mydenshine888 | https://www.ebay.com/usr/mydenshine888 |
| 10 | sinoshine016 | https://www.ebay.com/usr/sinoshine016 |
| 11 | 17wholesale | https://www.ebay.com/usr/17wholesale |
| 12 | bestmall66 | https://www.ebay.com/usr/bestmall66 |
| 15 | medicaltrust2014 | https://www.ebay.com/usr/medicaltrust2014 |
| 19 | medicalshop888 | https://www.ebay.com/usr/medicalshop888 |
| 20 | sweetloveshop | https://www.ebay.com/usr/sweetloveshop |
| 45 | topwholesale99 | https://www.ebay.com/usr/topwholesale99 |
| 66 | luckymall88 | https://www.ebay.com/usr/luckymall88 |
| 67 | sharelovestore | https://www.ebay.com/usr/sharelovestore |
| 75 | amazingshop888 | https://www.ebay.com/usr/amazingshop888 |
| 76 | chinamedidental | https://www.ebay.com/usr/chinamedidental |

| 77 | easydeal999 | https://www.ebay.com/usr/easydeal999 |
|---|---|---|
| 120 | bidcharming | https://www.ebay.com/usr/bidcharming |
| 121 | satisfieddeal | https://www.ebay.com/usr/satisfieddeal |
| 122 | amazingplaza66 | https://www.ebay.com/usr/amazingplaza66 |
| 126 | vipstore888 | https://www.ebay.com/usr/vipstore888 |
| 128 | globaltrustbid | https://www.ebay.com/usr/globaltrustbid |
| 129 | idealwholesale66 | https://www.ebay.com/usr/idealwholesale66 |
| 130 | fairtopshop888 | https://www.ebay.com/usr/fairtopshop888 |
| 135 | dentalmedvip66 | https://www.ebay.com/usr/dentalmedvip66 |
| 136 | dailypromotion66 | https://www.ebay.com/usr/dailypromotion66 |
| 137 | bestbidforhealth988 | https://www.ebay.com/usr/bestbidforhealth988 |
| 138 | bussareps | https://www.ebay.com/usr/bussareps |
| 139 | icaremall | https://www.ebay.com/usr/icaremall |
| 140 | chengdujxky | https://www.ebay.com/usr/chengdujxky |
| 141 | niceetradeshop | https://www.ebay.com/usr/niceetradeshop |
| 142 | fairwholesaleshop | https://www.ebay.com/usr/fairwholesaleshop |
| 214 | 💔ERIUAES 💔 Prime💌 Day Clearance Sale!!!. | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2IBEZNVFWNUKF&sshmPath= |

DATED: August 20, 2020            Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Ariel Roth (Ill. # 6327096)
aroth@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 3500
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on August 20, 2020.

*/s/ Matthew A. Werber*
Matthew A. Werber